**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
RYAN O'DELL,

        Plaintiff,

v.

SWITCH, INC., ROB ROY, ANGELA ARCHON, JASON GENRICH, LIANE PELLETIER, ZAREH SARRAFIAN, KIMBERLY SHEEHY, DONALD D. SNYDER, TOM THOMAS, and BRYAN WOLF,

        Defendants.
---------------------------------------------------------

Civ. No.   1:22-cv-5246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/11/22

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  August 11, 2022

Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email:  gloria@melwanichan.com

*Attorneys for Plaintiff*

---

This case is hereby DISMISSED with prejudice.  The Clerk of Court is respectfully directed to terminate any open motions and close the case.

SO ORDERED.

*[signature]*   8/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE